No. 63286.—Beer Stern Import Corp. et al. *v.* United States, protests 270132–K, etc. (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, AUGUST 6, 1959

No. 63287.—United China & Glass Co. *v.* United States, protest 272153–K/14650 (New Orleans).

Opinion by Johnson, J.   In accordance with oral stipulation of counsel that the cookie jars consist of decorated earthenware articles, valued over $2 per dozen pieces; that said articles are kitchenware or tableware; and that, if presently before the examiner for examination, he would so advisorily classify them, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, AUGUST 7, 1959

No. 63288.—Harry A. Brown Company by Robins, Davis & Lyons *v.* United States, protests 59/6865 and 59/6866 (Minneapolis).

Opinion by Wilson, J.   The protests were dismissed.